UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSE DEPINA, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 10-11516-JLT |
| NAC CARBON PRODUCTS, INC. and MILLER ELECTRIC MANUFACTURING CO., | * | |
| Defendants. | * | |

## ORDER

July 21, 2011

TAURO, J.

In addition to the depositions that this court listed in its July 14, 2011 Order, Plaintiff may conduct the following deposition: (1) the Maintenance Superintendent of Wollaston Alloys, Inc. This deposition shall be completed by October 31, 2011, and no further discovery is permitted without leave of this court.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro  
United States District Judge