UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSE DEPINA, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 10-11516-JLT |
| NAC CARBON PRODUCTS, INC. and MILLER ELECTRIC MANUFACTURING CO., | * | |
| Defendants. | * | |

ORDER

August 16, 2011

TAURO, J.

On July 14, 2011, this court ordered Plaintiff to appear before this court on August 16, 2011.[1] Because Plaintiff did not appear at the Status Conference held on August 16, 2011, this court hereby orders that:

1. Plaintiff's counsel's Emergency Motion to Withdraw Appearance [#26] is ALLOWED.

2. This case is DISMISSED due to Plaintiff's failure to appear as ordered.[2] This case is therefore CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

---

[1] See Order, 2 [#28].

[2] See Fed. R. Civ. P. 41(b).