UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSE DE PINA,
    Plaintiff,

v.                          CA 10-11516-JLT

NAC CARBON PRODUCTS, INC.,
and
MILLER ELECTRIC MANUFACTURING,
COMPANY,
    Defendants.

## ORDER OF DISMISSAL

TAURO, D.J.

IT IS HEREBY ORDERED that the captioned action be and hereby is DISMISSED with prejudice, for failure of the plaintiff to appear upon the session of the court on August 16, 2011 as ordered by the Court on July 14, 2011.

By the Court,

/s/ Zita Lovett
Deputy Clerk

Date: August 16, 2011